```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JESUS ANTONIO VILLA GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-130-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | DATE: December 16, 2011 |
| JESUS ANTONIO VILLA GUTIERREZ | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JESUS ANTONIO VILLA GUTIERREZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 2, 2011 be continued to a status conference for Friday, December 16, 2011 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 16, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 21, 2011　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　/S/ Benjamin Galloway
　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　JESUS ANTONIO VILLA GUTIERREZ


DATED: November 21, 2011　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff

　　IT HEREBY ORDERED that this matter is continued to December 16, 2011, 9:00 a.m. for a status conference.

　　　　IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including December 16, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:　November 22, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　United States District Judge