| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar# 89424 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar# 214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |

Attorney for Defendant
JESUS ANTONIO VILLA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Cr.S. 11-130-GEB
                                    )
            Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER**
      v.                            )
                                    )   DATE: January 27, 2012
JESUS ANTONIO VILLA                 )   TIME: 9:00 a.m.
GUTIERREZ                           )   JUDGE: Hon. Garland E. Burrell Jr.
                                    )
            Defendant.              )
                                    )
_____

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JESUS ANTONIO VILLA GUTIERREZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 16, 2011 be continued to a status conference for Friday, January 27, 2012 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for January 27, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 12, 2011    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JESUS ANTONIO VILLA GUTIERREZ

DATED: December 12, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

IT HEREBY ORDERED that this matter is continued to January 27, 2012, 9:00 a.m. for a status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including January 27, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  December 12, 2011

GARLAND E. BURRELL, JR.
United States District Judge