```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JESUS ANTONIO VILLA GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 11-130-GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | |
| | ) | DATE: February 24, 2012 |
| JESUS ANTONIO VILLA GUTIERREZ | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JESUS ANTONIO VILLA GUTIERREZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 27, 2012 be continued to a status conference for Friday, February 24, 2012 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 24, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 24, 2012   Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /S/ Benjamin Galloway
                          BENJAMIN GALLOWAY
                          Assistant Federal Defender
                          Attorney for Defendant
                          JESUS ANTONIO VILLA GUTIERREZ


DATED: January 24, 2012   BENJAMIN B. WAGNER
                          United States Attorney

                          /s/ Benjamin Galloway for
                          MICHELE BECKWITH
                          Assistant U.S. Attorney
                          Attorney for Plaintiff


IT HEREBY ORDERED that this matter is continued to February 24, 2012, 9:00 a.m. for a status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including February 24, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: January 24, 2012

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge